UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

E.DIGITAL CORPORATION,

    Plaintiff,

v.

DROPCAM, INC.,

    Defendant.

Case No. 14-cv-04922-JST

**SCHEDULING ORDER**

Plaintiff's request for a limit of ten custodians is denied without prejudice to renewing the motion at a later date. All limits on discovery adopted jointly by the parties in their CMS are adopted as the order of the Court.

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Deadline to add parties or amend the pleadings | 2/27/15 |
| Defendant's Preliminary Invalidity Contentions | 3/6/15 |
| Exchange Proposed Terms for Construction | 3/18/15 |
| Exchange Preliminary Claim Constructions/Extrinsic Evidence | 4/8/15 |
| Meet and Confer Re: Markman | 4/22/15 |
| File Joint Claim Construction Materials | 5/5/15 |
| Claim Construction Discovery Ends | 6/3/15 |
| Opening Claim Construction Brief | 6/10/15 |

| Event | Deadline |
|---|---|
| Responsive Claim Construction Brief | 6/24/15 |
| Reply Claim Construction Brief | 7/1/15 |
| Technology Tutorial | 7/20/15 |
| Markman Hearing | 8/3/15 |

Counsel may not modify these dates without leave of court. The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

The parties must take all necessary steps to conduct discovery, compel discovery, hire counsel, retain experts, and manage their calendars so that they can complete discovery in a timely manner and appear at trial on the noticed and scheduled dates. All counsel must arrange their calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

IT IS SO ORDERED.

Dated: February 4, 2015

_____
JON S. TIGAR
United States District Judge

2