1  ANTON HANDAL (Bar No. 113812)
   PAMELA C. CHALK (Bar No. 216411)
2  GABRIEL HEDRICK (Bar No. 220649)
   HANDAL & ASSOCIATES
3  750 B Street, Suite 2510
   San Diego, California 92101
4  Telephone:   619.544.6400
   Facsimile:   619.696.0323
5  E-Mail:      anh@handal-law.com
                pchalk@handal-law.com
6               ghedrick@handal-law.com

7  Attorneys for Plaintiff
   E.DIGITAL CORPORATION
8
   STEFANI E. SHANBERG (State Bar No. 206717)
9  JENNIFER J. SCHMIDT (State Bar No. 295579)
   MADELEINE E. GREENE (State Bar No. 263120)
10 WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
11 One Market Plaza
   Spear Tower, Suite 3300
12 San Francisco, California  94105
   Telephone:   (415) 947-2000
13 Facsimile:   (415) 947-2099
   E-Mail:      sshanberg@wsgr.com
14              jschmidt@wsgr.com
                mgreene@wsgr.com
15
   Attorneys for Defendant
16 DROPCAM, INC.

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19

20 E.DIGITAL CORPORATION,                | Case No. 3:14-cv-04922-JST
21              Plaintiff,                |
22       v.                               | **JOINT STIPULATION TO EXTEND EXCHANGE OF PRELIMINARY CLAIM CONSTRUCTIONS AND EXTRINSIC EVIDENCE (PATENT L.R. 4-2)**
23 DROPCAM, INC.,                         |
24              Defendant.                |
25
26
27
28

STIPULATION TO EXTEND
P.L.R. 4-2 EXCHANGE

WHEREAS, Plaintiff e.Digital Corporation ("e.Digital") and Defendant Dropcam, Inc. ("Dropcam") hereby make a stipulated request to extend the date to exchange preliminary claim constructions and extrinsic evidence, as required by Patent L.R. 4-2 and this Court's Scheduling Order (Dkt. No. 43), from April 8, 2015, to April 15, 2105;

WHEREAS, the proposed extension will not alter the date of any event or any deadline already fixed by Court order.

IT IS HEREBY STIPULATED AND AGREED, pursuant to Civil Local Rule 6-1, by e.Digital and Dropcam, through their respective counsel, that the date for exchange of preliminary claim constructions and extrinsic evidence between the parties is extended from April 8, 2015, to April 15, 2015.

IT IS SO STIPULATED, through Counsel of Record.

Dated: April 6, 2015

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By:  /s/ *Stefani E. Shanberg*
     Stefani E. Shanberg

Attorneys for Defendant
DROPCAM, INC.


Dated: April 6, 2015

HANDAL & ASSOCIATES


By:  /s/ *Pamela C. Chalk*
     Pamela C. Chalk

Attorneys for Plaintiff
E.DIGITAL CORPORATION


**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: April 6, 2015

_____
The Honorable Jon S. Tigar
United States District Judge