ANTON HANDAL (Bar No. 113812)
PAMELA C. CHALK (Bar No. 216411)
GABRIEL HEDRICK (Bar No. 220649)
HANDAL & ASSOCIATES
750 B Street, Suite 2510
San Diego, California 92101
Telephone:   619.544.6400
Facsimile:    619.696.0323
E-Mail:        anh@handal-law.com
                   pchalk@handal-law.com
                   ghedrick@handal-law.com

Attorneys for Plaintiff
E.DIGITAL CORPORATION

STEFANI E. SHANBERG (State Bar No. 206717)
JENNIFER J. SCHMIDT (State Bar No. 295579)
MADELEINE E. GREENE (State Bar No. 263120)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California  94105
Telephone:    (415) 947-2000
Facsimile:     (415) 947-2099
E-Mail:         sshanberg@wsgr.com
                    jschmidt@wsgr.com
                    mgreene@wsgr.com

Attorneys for Defendant
DROPCAM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.DIGITAL CORPORATION,<br><br>                  Plaintiff,<br><br>     v.<br><br>DROPCAM, INC.,<br><br>                  Defendant. | Case No. 3:14-cv-04922-JST<br><br>**JOINT CLAIM CONSTRUCTION AND PRE-HEARING STATEMENT (PATENT L.R. 4-3)**<br><br>Judge: Hon. Jon S. Tigar<br>Ctrm:  9<br>Hearing:  August 3, 2015<br>Time: 2:00 p.m. |

-1-

*JOINT CLAIM CONSTRUCTION AND PRE-HEARING STATEMENT*

Case No. 14-cv-04922-JST

HANDAL & ASSOCIATES
750 B STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

Pursuant to Local Patent Rule 4-3 and the Court's February 5, 2015, Scheduling Order ("Scheduling Order") (Doc. No. 43), Plaintiff e.Digital Corporation ("Plaintiff" or "e.Digital") and Defendant Dropcam, Inc. ("Defendant" or "Dropcam") provide the following Joint Claim Construction and Pre-Hearing Statement in the above-entitled matter for U.S. Patent Nos. 8,306,514 ("the '514 patent"); 8,311,522 ("the '522 patent"); 8,311,523 ("the '523 patent"); 8,311,524 ("the '524 patent"); 8,315,618 ("the '618 patent"); and 8,315,619 ("the '619 patent") (collectively, the "Asserted Patents").

I.  **Agreed Upon Claim Constructions**

The parties have agreed upon the following constructions for each of the claim terms and phrases listed below.

| | Claim Term or Phrase | Agreed Upon Construction |
|---|---|---|
| 1. | "being selectable to provide" | "capable of being selected to provide" |
| 2. | "environment of the communication device" | "surroundings of the communication device within the detectable area of the communication device" |

II.  **Disputed Claim Constructions and Identification of Intrinsic and Extrinsic Evidence**

The parties dispute the proper construction of certain claim terms.  Below, Plaintiff and Defendant set forth each of the disputed claim terms, each party's proposed construction of each disputed term, together with an identification of all references from the specification or prosecution history that support that construction, and an identification of any extrinsic evidence known to the party on which it intends to rely either to support its proposed construction or to oppose any other party's proposed construction.

| | Claim Term or Phrase | Plaintiff's Proposed Construction and Supporting Evidence | Defendant's Proposed Construction and Supporting Evidence |
|---|---|---|---|
| 1. | "social signature" | "raw or processed data and/or other information based on sensors" | "combination of optical sensor data and acoustic sensor data indicative of a type of activity" |

-2-

JOINT CLAIM CONSTRUCTION AND
PRE-HEARING STATEMENT

Case No. 14-cv-04922-JST

HANDAL & ASSOCIATES
750 B STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

| | | Intrinsic Evidence: Specifications[1] | Intrinsic Evidence: Specification[2] |
|---|---|---|---|
| | | *Figures:* 1, 2, 3 | *Figures:* 1, 2, 3 |
| | | *'522 Specification:* Abstract; 1:29-58; 2:5-30; 2:66-3:7; 3:19-60; 4:14-29; 4:65-5:6; 5:19-6:3; 6:19-24; 7:4-65; 9:5-11:6; 11:16-14:34; 14:46-53; 15:29-57; 16:14-26; 17:51-18:18; 18:22-24; 18:44-19:33; 21:15-44; 22:41-67 | *'618 Specification:* 9:23-29, 14:31-41, 14:63-66, 15:38-45, 15:45-51, 15:52-55, 16:15-24, 17:30-36, 18:54-60, Tables 1 and 2. |
| | | **Claims** | **Claims** |
| | | *'522 patent:* 1, 2, 5, 8, 9, 13, 15, 17, 18, 22, 24 | *'514 patent:* 1, 5, 7, 8, 10, 14, 18, 21, 24, 25, 26, 30, 34, and 36. |
| | | *'514 patent:* 1, 5, 7, 8, 10, 14, 18, 21, 24, 25, 26, 30, 34, 36 | *'522 patent:* 1, 2, 5, 8, 9, 13, 15, 17, 18, 22, and 24. |
| | | *'523 patent:* 1, 2, 4, 10, 11, 17, 19, 20, 21, 26 | *'523 patent:* 1, 2, 4, 10, 11, 17, 19, 20, 21, and 26. |
| | | *'524 patent:* 1, 2, 3, 4, 5, 10, 15, 16, 17 | *'524 patent:* 1, 2, 3, 4, 5, 10, 15, 16, and 17. |
| | | *'618 patent:* 1, 2, 6, 7, 11, 13, 15, 16, 20, 22, 23, 24 | *'618 patent:* 1, 2, 6, 7, 11, 13, 15, 16, 20, 22, 23, and 24. |
| | | *'619 patent:* 1, 2, 4, 10, 11, 17, 19, 20, 21, 26, 29, 30, 31 | *'619 patent:* 1, 2, 4, 10, 11, 17, 19, 20, 21, 26, 29, 30, and 31. |
| | | **Extrinsic Evidence:** | **Extrinsic Evidence:** |
| | | *The American Heritage Dictionary* (Fifth Ed. 2012) (hereinafter referred to as "*AHD*") at pp. 217 ("data"), 435 | Sworn testimony of Dr. Earl Sacerdoti. |

---

[1] The specifications of each of the Asserted Patents contain word-for-word identical disclosures. For the sake of brevity and efficiency, Plaintiff cites specifically herein to the specification of the parent '522 patent. However, Plaintiff represents and hereby notifies the Court and Defendant that Plaintiff intends to rely on the exact same disclosures contained in the '514 patent, '523 patent, '524 patent, '618 patent and '619 patent, which specifications, again, contain exactly the same disclosures as the specification of the '522 patent.

[2] All supporting patent citations identified by Defendant Dropcam herein reference the specification of U.S. Patent No. 8,315,618. Dropcam reserves the right to rely upon corresponding disclosures contained in the specifications of each of the Asserted Patents. Dropcam similarly reserves the right to rely upon disclosures contained in the prosecution histories of each of the Asserted Patents corresponding to the citations identified herein.

-3-

*JOINT CLAIM CONSTRUCTION AND PRE-HEARING STATEMENT*  Case No. 14-cv-04922-JST

HANDAL & ASSOCIATES
750 B STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

| | | | |
|---|---|---|---|
| | | ("information") *Barron's Dictionary of Computer and Internet Terms* (Eleventh Ed. 2013) (hereinafter referred to as "*BDCIT*") at p. 124 ("data") Sworn testimony of the inventor, Patrick Nunally | |
| 2. | "social hierarchy" | "an arrangement of persons, things, information and/or operations in a series of levels" **Intrinsic Evidence:** **Specification:** *Figures:* 3 *'522 Specification:* Abstract; 1:29-47; 1:59-2:4; 2:31-65; 3:24-42; 3:63-4:64; 5:34-59; 6:4-17; 6:36-7:3; 7:38-53; 8:10-34; 11:1-6; 14:4-45; 15:4-17:24; 17:44-50; 18:22-36; 20:13-21:44; 22:41-67 **Claims** *'522 patent:* 1, 3, 4, 8, 11, 12, 17, 19, 23, 25, 26 *'514 patent:* 1, 2, 3, 4, 5, 10, 14, 15, 16, 17, 20, 21, 26, 30, 34, 36 *'523 patent:* 1, 3, 5, 6, 7, 8, 9, 19, 22 *'524 patent:* 1, 5, 6 *'618 patent:* 1, 3, 6, 9, 10, 15, 17, 20, 22 *'619 patent:* 1, 3, 5, 6, 7, 8, 9, 19, 22, 31 **Extrinsic Evidence:** *AHD* at 398 ("hierarchy") Sworn testimony of the inventor, Patrick Nunally | "ordered ranking of social groups defined within each social template" **Intrinsic Evidence:** **Specification:** *Figures:* 1, 2, 3 *'618 Specification:* 4:17-23, 6:12-21, 14:44-50, 15:13-16, 15:18-31, 15:45-51, 16:28-51, 17:4-12, 17:30-36, 17:13-16, 17:45-51, 18:23-28, and Tables 1 and 2. **Claims** *'514 patent:* 1, 2, 3, 4, 5, 10, 14, 15, 16, 17, 20, 21, 26, 30, 34, and 36. *'522 patent:* 1, 3, 4, 8, 11, 12, 17, 19, 23, 25, and 26. *'523 patent:* 1, 3, 5, 6, 7, 8, 9, 19, and 22. *'524 patent:* 1, 5, and 6. *'618 patent:* 1, 3, 6, 9, 10, 15, 17, 20, and 22. *'619 patent:* 1, 3, 5, 6, 7, 8, 9, 19, 22, and 31. **File History** U.S. Patent & Trademark Office Prosecution Proceeding No. 13/047,163 for U.S. Patent No. 8,315,618 -Applicant Arguments/Remarks Made in an Amendment at pp. 3-5, |

-4-

*JOINT CLAIM CONSTRUCTION AND PRE-HEARING STATEMENT*    Case No. 14-cv-04922-JST

*HANDAL & ASSOCIATES*
750 B STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

| | | | |
|---|---|---|---|
| | | | March 16, 2012. |
| | | | **Extrinsic Evidence:** |
| | | | *Chambers Concise Dictionary* at p. 562 [DROPCAM_ EDTL 00001055]. |
| | | | Sworn testimony of Dr. Earl Sacerdoti. |
| 3. | "social template" | "parameters and/or information for analysis of social signatures" | "data structure storing a social signature and a social hierarchy" |
| | | **Intrinsic Evidence:** | **Intrinsic Evidence:** |
| | | Specification | Specification |
| | | *Figures:* 1, 2, 3 | *Figures:* 1, 2, 3 |
| | | *'522 Specification:* Abstract; 1:29-47; 2:20-30; 2:66-3:7; 3:24-47; 4:65-5:6; 5:34-59; 6:25-35; 7:4-11; 7:38-8:9; 8:35-40; 9:5-23; 9:44-10:38; 13:22-14:27; 14:46-18:36; 18:53-19:65; 20:13-17; 20:26-49; 21:1-44; 22:41-67 | *'618 Specification:* 3:52-55, 6:12-21, 9:23-29, 10:46-49, 14:32-41, 15:18-31, 15:45-51, 15:52-55, 16:15-24, 17:4-12, 17:30-36, 17:13-16, 17:45-51, 18:23-28, 18:64-19:4, and Tables 1 and 2. |
| | | **Claims** | **Claims** |
| | | *'522 patent:* 1, 3, 4, 8, 11, 12, 17, 19, 22, 23, 25, 26, 27 | *'514 patent*: 1, 3, 4, 5, 10, 14, 16, 17, 21, 26, 30, 34, and 36. |
| | | *'514 patent:* 1, 3, 4, 5, 7, 8, 9, 10, 14, 16, 17, 20, 21, 23, 24, 25, 26, 30, 31, 32, 34, 36 | *'522 patent:* 1, 3, 4, 8, 11, 12, 17, 19, 22, 23, 25, 26, and 27. |
| | | *'523 patent:* 1, 3, 4, 5, 6, 8, 9, 10, 11, 19, 21, 22, 23, 24, 25, 26, 27 | *'523 patent:* 1, 3, 4, 5, 6, 8, 9, 10, 11, 19, 21, 22, 23, 24, 25, 26, and 27. |
| | | *'524 patent:* 1, 3, 4, 5, 6, 7, 8, 9, 11, | *'524 patent:* 1, 3, 4, 5, 6, 7, 8, 9, 10, and 11. |
| | | *'618 patent:* 1, 3, 6, 9, 10, 15, 17, 20, 22, 23, 24 | *'618 patent:* 1, 3, 6, 9, 10, 15, 17, 20, 22, 23, and 24. |
| | | *'619 patent:* 1, 3, 4, 6, 8, 9, 10, 11, 19, 21, 22, 23, 24, 25, 26, 27, 29, 30, 31 | *'619 patent:* 1, 3, 4, 5, 6, 8, 9, 10, 11, 19, 21, 22, 23, 24, 25, 26, 27, 29, 30, and 31. |
| | | **Extrinsic Evidence:** | **File History** |
| | | *The Merriam-Webster Dictionary* (Eleventh Ed. 2004) | U.S. Patent & Trademark Office Prosecution Proceeding No. 13/047,163 for U.S. Patent No. 8,315,618 – Applicant |

-5-

*JOINT CLAIM CONSTRUCTION AND PRE-HEARING STATEMENT*  Case No. 14-cv-04922-JST

HANDAL & ASSOCIATES
750 B STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

| | | | |
|---|---|---|---|
| | | (hereinafter referred to as "*MWD*") at p. 736 ("template") | Arguments/Remarks Made in an Amendment at pp. 3-5, March 16, 2012. |
| | | *BDCIT* at p. 492 ("template") | **Extrinsic Evidence:** |
| | | Sworn testimony of the inventor, Patrick Nunally | Sworn testimony of Dr. Earl Sacerdoti. |
| 4. | "unique social signature" | "a specific, currently associated social signature" | "social signature associated solely with one social template" |
| | | **Intrinsic Evidence:** | **Intrinsic Evidence:** |
| | | Specifications | Specifications |
| | | *'522 Specification:* Abstract; 1:29-47; 3:24-47; 5:34-59; 7:38-53; 15:29-16:64; 17:25-43; 18:63-19:3; 19:51-58; 22:41-67 | *Figures:* 1, 2, 3 |
| | | | *'618 Specification:* at Abstract, 3:22-24, 3:25-28, 9:23-29, 13:37-41, 14:31-36, 14:63-66, 15:38-45, 15:45-51, 15:52-55, 16:15-24, 18:54-60, 19:64-67, and Tables 1 and 2. |
| | | **Claims** | **Claims** |
| | | *'522 patent:* 1, 8, 17, 18, 22, 24 | *'514 patent:* 1, 5, 10, 14, 21, 26, 30, 34, and 36. |
| | | *'514 patent:* 1, 5, 10, 12, 13, 14, 21, 26, 28, 29, 30, 34, 36 | *'522 patent:* 1, 8, and 17. |
| | | *'523 patent:* 1, 13, 14, 19, | *'523 patent:* 1 and 19. |
| | | *'524 patent:* 1 | *'524 patent:* 1. |
| | | *'618 patent:* 1, 6, 15, 22 | *'524 patent:* 1, 6, 15, and 22. |
| | | *'619 patent:* 1, 13, 14, 19 | *'619 patent:* 1 and 19. |
| | | **Extrinsic Evidence:** | **Extrinsic Evidence:** |
| | | *AHD* at pp. 217 ("data"), 435 ("information"), 887 ("unique") | *Chambers Concise Dictionary,* at pp. 272, 1360 [DROPCAM_EDTL00001049]. |
| | | *BDCIT* at p. 124 ("data") | |
| | | Sworn testimony of the inventor, Patrick Nunally | *Webster's New World College Dictionary,* at p. 1562 [DROPCAM_EDTL00001046]. |
| | | | Sworn testimony of Dr. Earl Sacerdoti. |
| 5. | "sensor value range" | Plain and ordinary meaning or, alternatively, "information representing sensor data above, | "range of measurements between two values" |

-6-

JOINT CLAIM CONSTRUCTION AND
PRE-HEARING STATEMENT

Case No. 14-cv-04922-JST

HANDAL & ASSOCIATES
750 B STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

| | | | |
|---|---|---|---|
| | | below or between a value(s)" **Intrinsic Evidence:** **Specification** *'522 Specification:* 15:43-57; 16:14-26; 22:41-67 **Claims** *'522 patent:* 1, 8, 17 *'514 patent:* 1, 5, 10, 14, 21, 26, 30, 34, 36 *'523 patent:* 1, 4, 19, 21 *'524 patent:* 1, 3 *'618 patent:* 1, 6, 15, 20, 22 *'619 patent:* 1, 4, 19, 21, 29 **Extrinsic Evidence:** *AHD* at p. 751 ("sensor") *MWD* at pp. 596 ("range"), 656 ("sensor"), 797-798 ("value") *BDCIT* at p. 406 ("range") Sworn testimony of the inventor, Patrick Nunally | **Intrinsic Evidence:** **Specification** *Figures:* 1, 2, 3 *'618 Specification:* 4:24-28, 9:41-46, 11:62-65, 12:6-13, 16:15-24, 19:22-26, 15:38-45, and Tables 1 and 2. **Claims** *'514 patent*: 1, 5, 10, 14, 21, 26, 30, 34, and 36. *'522 patent:* 1, 8, and 17. *'523 patent:* 1, 4, 19, and 21. *'524 patent:* 1 and 3. *'618 patent:* 1, 6, 15, 20, and 22. *'619 patent:* 1, 4, 19, 21, and 29. **Extrinsic Evidence:** Sworn testimony of Dr. Earl Sacerdoti. |
| 6. | "optical sensor" | Plain and ordinary meaning or, alternatively, "sensor that detects one or more amounts and/or characteristics of light within an environment" **Intrinsic Evidence:** **Specification:** *Figures:* 1, 2, 3 *'522 Specification:* Abstract; 1:29-58; 2:5-19; 2:66-3:7; 3:12-14; 4:14-16; 4:65-5:6; 5:11-13; 6:19-22; 7:4-12; 7:17-19; 9:6-11; 9:29-34; 10:4-15; 11:51-12:5; 13:65-14:3; 15:31-36; 15:46-57; 16:14-23; 19:17-33; 22:41-67 **Claims** *'522 patent:* 1, 8, 17 | "sensor that collects data about the amount of light in an environment" **Intrinsic Evidence:** **Specification:** *Figures:* 1, 2, 3 *'618 Specification:* 4:24-28, 9:41-46, 11:62-67, 12:6-13, 16:15-24, 19:22-26, 15:38-45, and Tables 1 and 2. **Claims** *'514 patent*: 1, 5, 10, 12, 14, 21, 26, 28, 30, 34, and 36. *'522 patent:* 1, 8, and 17. *'523 patent:* 1, 13, and 19. |

-7-

*JOINT CLAIM CONSTRUCTION AND PRE-HEARING STATEMENT*                                    Case No. 14-cv-04922-JST

**HANDAL & ASSOCIATES**
750 B STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

| | | | |
|---|---|---|---|
| | | *'514 patent:* 1, 5, 8, 10, 12, 14, 21, 24, 26, 28, 30, 34, 36 | *'524 patent:* 1. |
| | | *'523 patent:* 1, 13, 19 | *'618 patent:* 1, 6, 15, 20, and 22. |
| | | *'524 patent:* 1, 13 | *'619 patent:* 1, 13, and 19. |
| | | *'618 patent:* 1, 6, 15, 20, 22 | **Extrinsic Evidence:** |
| | | *'619 patent:* 1, 13, 19 | Sworn testimony of Dr. Earl Sacerdoti. |
| | | **Extrinsic Evidence:** | |
| | | *Oxford Dictionary of Science* (Sixth Ed. 2010) (hereinafter referred to as "*ODS*") at p. 583 ("optics") | |
| | | *AHD* at p. 751 ("sensor") | |
| | | *MWD* at pp. 508 ("optical"), 656 ("sensor") | |
| | | *The American Heritage Science Dictionary* (First Ed. 2011) at p. 360 ("light") | |
| | | Sworn testimony of the inventor, Patrick Nunally | |
| 7. | "information" | Plain and ordinary meaning | "a report about a single event that results from comparison of sensor data with social templates" |
| | | **Intrinsic Evidence:** | **Intrinsic Evidence:** |
| | | **Specification** | **Specification** |
| | | *Figures:* 3 | *Figures:* 1, 2, 3 |
| | | *'522 Specification:* Abstract; 1:29-47; 1:59-2:4; 2:31-65; 3:24-42; 3:63-4:64; 5:34-59; 6:4-17; 6:36-7:3; 7:38-53; 8:10-34; 11:1-6; 14:4-45; 15:4-17:24; 17:44-50; 18:22-36; 20:13-21:44; 22:41-67 | *'618 Specification:* at 1:15-20, 2:40-47, 3:52-55, 4:17-23, 6:12-21, 10:46-49, 11:13-17, 14:32-41, 14:44-50, 14:63-66, 16:24-27, 15:13-16, 15:18-31, 16:28-51, 17:4-12, 17:30-36, 17:13-16, 17:45-51, 18:23-28, 17:45-51, 18:54-60, 18:64-19:4, and Tables 1 and 2. |
| | | **Claims** | **Claims** |
| | | *'522 patent:* 1, 3, 4, 8, 11, 12, 17, 19, 23, 25, 26 | *'514 patent*: 1, 5, 6, 7, 8, 9, 10, 14, 18, 20, 21, 22, 23, 24, 25, 26, 30, 34, and 36. |
| | | *'514 patent:* 14, 18, 20, 21, 22, 23, 24, 25, 26, 30, 34, 36 | *'522 patent:* 1, 2, 3, 4, 8, 9, 11, |
| | | *'523 patent:* 1, 3, 10, 19, 22, 23, | |

-8-

*JOINT CLAIM CONSTRUCTION AND PRE-HEARING STATEMENT*  
Case No. 14-cv-04922-JST

HANDAL & ASSOCIATES  
750 B STREET  
SUITE 2510  
SAN DIEGO, CA 92101  
TEL: 619.544.6400  
FAX: 619.696.0323

| | | | |
|---|---|---|---|
| | | 24, 25, 26 | 12, 17, 18, 19, 23, 25, and 26. |
| | | *'524 patent:* 1, 2, 3, 10 | *'523 patent:* 1, 2, 3, 5, 10, 19, 20, 22, 23, 24, 25, and 26. |
| | | *'618 patent:* 1, 3, 6, 9, 15, 16, 20, 22 | *'524 patent:* 1, 2, 3, 4, 5, 6, 7, 8, 9, and 10. |
| | | *'619 patent:* 1, 2, 3, 5, 10, 19, 22, 23, 24, 25, 26 | *'618 patent:* 1, 2, 3, 6, 7, 9, 10, 15, 16, 17, 20, and 22. |
| | | **Extrinsic Evidence:** | *'619 patent:* 1, 2, 3, 5, 10, 19, 20, 22, 23, 24, 25, 26, 29, and 30. |
| | | *AHD* at p. 435 ("information") | |
| | | *MWD* at p. 372 ("information") | **Extrinsic Evidence:** |
| | | Sworn testimony of the inventor, Patrick Nunally | Sworn testimony of Dr. Earl Sacerdoti. |
| 8. | "provide/ provides/ providing differing levels of information" | Plain and ordinary meaning | "send/sends/sending information in varying levels of granularity" |
| | | **Intrinsic Evidence:** | **Intrinsic Evidence:** |
| | | **Specification** | **Specification** |
| | | *Figures:* 3 | *Figures:* 1, 2, 3 |
| | | *'522 Specification:* Abstract; 1:29-47; 1:59-2:4; 2:31-65; 3:24-42; 3:63-4:64; 5:34-59; 6:4-17; 6:36-7:3; 7:38-53; 8:10-34; 11:1-6; 14:4-45; 15:4-17:24; 17:44-50; 18:22-36; 20:13-21:44; 22:41-67 | *'618 Specification:* at 1:15-20, 2:40-47, 3:52-55, 4:17-23, 6:12-21, 10:46-49, 14:32-41, 14:44-50, 14:55-62, 17:45-51, 18:23-28, 15:13- 16, 15:18-31, 16:28-51, 17:4-12, 17:30-36, 17:13-16, and Tables 1 and 2. |
| | | **Claims** | **Claims** |
| | | *'522 patent:* 1, 3, 4, 8, 11, 12, 17, 19, 23, 25, 26 | *'514 patent*: 1, 5, 10, 14, 21, 26, 30, 34, and 36. |
| | | *'514 patent:* 1, 5, 10, 14, 20, 21, 26, 30, 34, 36 | *'522 patent:* 1, 3, 4, 8, 11, 12, 17, 19, 23, 25, and 26. |
| | | *'523 patent:* 1, 3, 5, 19, 22 | *'523 patent:* 1, 3, 5, 19, and 22. |
| | | *'524 patent:* 1, 6 | *'524 patent:* 1 and 6. |
| | | *'618 patent:* 1, 3, 6, 9, 10, 15, 17, 20, 22 | *'618 patent:* 1, 3, 6, 9, 10, 15, 17, 20, and 22. |
| | | *'619 patent:* 1, 3, 5, 6, 7, 8, 9, 19, 22 | *'619 patent:* 1, 3, 5, 6, 7, 8, 9, 19, and 22. |
| | | **Extrinsic Evidence:** | **Extrinsic Evidence:** |
| | | *AHD* at pp. 239 ("differ," | Sworn testimony of Dr. Earl |

-9-

*JOINT CLAIM CONSTRUCTION AND PRE-HEARING STATEMENT*   Case No. 14-cv-04922-JST

**HANDAL & ASSOCIATES**
750 B STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

| | | | |
|---|---|---|---|
| | | "different"), 435 ("information"), 483 ("level"), 671 ("provide")<br><br>*MWD* at pp. 200 ("differ," "different"), 372 ("information"), 414 ("level")<br><br>Sworn testimony of the inventor, Patrick Nunally | Sacerdoti. |
| 9. | "provided…/ provides/ providing an update" | Plain and ordinary meaning<br><br>**Intrinsic Evidence:**<br>**Specification**<br>*'522 Specification:* Abstract; 1:29-47; 1:59-2:4; 2:31-65; 3:24-42; 3:63-4:64; 5:34-59; 6:4-17; 6:36-7:3; 7:38-53; 8:10-34; 11:1-6; 14:4-45; 15:4-17:24; 17:44-50; 18:22-36; 20:13-21:44; 22:41-67<br><br>**Claims**<br>*'522 patent:* N/A<br>*'514 patent:* 1, 2, 3, 4, 14, 15, 16, 17, 30, 31, 32<br>*'523 patent:* 4, 6, 7, 8, 9, 23, 24, 25<br>*'524 patent:* 7, 8, 9<br>*'618 patent:* N/A<br>*'619 patent:* 6, 7, 8, 9, 23, 24, 25<br><br>**Extrinsic Evidence:**<br>*AHD* at pp. 671 ("provide"), 891 ("update")<br>*BDCIT* at pp. 316 ("microblogging"), 459 ("social networking site")<br><br>Sworn testimony of the inventor, Patrick Nunally | "sent/sends/sending information indicating a user's status"<br><br>**Intrinsic Evidence:**<br>**Specification**<br>*Figures:* 1, 2, 3<br>*'618 Specification:* at 1:15-20, 2:40-47, 3:52-55, 4:17-23, 6:12-21, 10:46-49, 14:32-41, 14:44-50, 14:55-62, 17:45-51, 18:23-28, 15:13-16, 15:18-31, 16:28-51, 17:4-12, 17:30-36, 17:13-16, 20:42-50, 20:53-21:3, and Tables 1 and 2.<br><br>**Claims**<br>*'514 patent*: 3, 4, 16, 17, 30, and 32.<br>*'523 patent:* 8, 23, and 25.<br>*'524 patent:* 7 and 9.<br>*'619 patent:* 6, 7, 8, 9, 23, 24, and 25.<br><br>**File History**<br>U.S. Patent & Trademark Office Prosecution Proceeding No. 13/047,206 for U.S. Patent No. 8,306,514 – Applicant Arguments/Remarks Made in an Amendment at pp. 14-16, March 22, 2012.<br><br>**Extrinsic Evidence:**<br>*Dictionary of Computer and Internet Terms,* at pp. 309, 443 [DROPCAM_EDTL_00001039 |

-10-

*JOINT CLAIM CONSTRUCTION AND PRE-HEARING STATEMENT*                                                    Case No. 14-cv-04922-JST

HANDAL & ASSOCIATES
750 B STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

| | | | |
|---|---|---|---|
| | | | -00001040]. Sworn testimony of Dr. Earl Sacerdoti. |
| 10. | "accurate" | "capable of desired processing" **Intrinsic Evidence:** **Specifications** *Figures:* 3 *'522 Specification:* Abstract; 1:29-47; 2:20-30; 4:19-29; 6:25-35; 7:66-8:9; 14:46-20:13; 22:41-67 **Claims** *'522 patent:* 1, 8, 17 *'514 patent:* N/A *'523 patent:* 4, 21 *'524 patent:* 3, 4 *'618 patent:* 1, 6, 15, 23, 24 *'619 patent:* 4, 21, 29, 30 Sworn testimony of the inventor, Patrick Nunally | "free from mistakes or errors" **Intrinsic Evidence:** **Specifications** *Figures:* 1, 2, 3 *'618 Specification:* 2:29-39, 4:29-39, 9:23-29, 14:31-36, 14:63-66, 15:38-45, 15:45-51, 15:52-55, 16:15-24, 17:13-22, 17:26-44, 18:54-60, 19:36-52, and Tables 1 and 2. **Claims** *'523 patent*: 4 and 21. *'524 patent:* 3 and 4. *'618 patent:* 1, 6, 15, 23, and 24. *'619 patent:* 4, 21, 29, and 30. **Extrinsic Evidence:** *Webster's New World College Dictionary,* at p. 10 [DROPCAM_EDTL_00001043]. Sworn testimony of Dr. Earl Sacerdoti. |

## III. Identification Of Significant Claim Terms

The parties hereby identify the following terms, in no particular order, whose construction will be most significant to the resolution of this case:

    1.    "social signature"

    2.    "social hierarchy"

    3.    "social template"

    4.    "unique social signature"

    5.    "sensor value range"

    6.    "optical sensor"

-11-

*JOINT CLAIM CONSTRUCTION AND PRE-HEARING STATEMENT*  Case No. 14-cv-04922-JST

HANDAL & ASSOCIATES
750 B STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

7. "information"

8. "provide/ provides/ providing differing levels of information"

9. "provided…/ provides/ providing an update"

10. "accurate"

Plaintiff, e.Digital, does not believe construction of any of the above terms will be case or claim dispositive at this time.

## IV. Anticipated Length Of Time Necessary For Claim Construction Hearing

The parties anticipate they will need four (4) hours for the Claim Construction Hearing.

## V. Witnesses

Plaintiff may call the inventor, Patrick Nunally, as a witness to testify regarding each of the disputed terms identified above. Specifically, Mr. Nunally is expected to testify regarding the technology that underlies the invention of the asserted claims and any parent patents; the level of ordinary skill in the art; how the relevant claims would be understood by one of ordinary skill in the art; the meaning of the disputed claim terms, phrases and limitations, and/or any other opinions or testimony relevant to the Court in construing the terms, phrases and limitations of the asserted claims of the asserted patents. Plaintiff, e.Digital, reserves the right to introduce additional testimony from the inventor to rebut Dropcam's claim construction positions, and any expert testimony introduced by Dropcam.

Defendants may call Dr. Earl Sacerdoti. Dr. Sacerdoti may testify as to the understanding of individuals of ordinary skill in the art at the relevant time period for the Asserted Patents. Specifically, Dr. Sacerdoti may provide testimony regarding background technology or to demonstrate that Dropcam's constructions of the proposed claim terms and phrases are consistent with the meaning of such terms and phrases in the relevant art during the relevant time period for the Asserted Patents. Such testimony will address both the general understanding of the relevant terms and phrases in the field of the art as well as the understanding of such terms and phrases in the context of the specifications and claims of the Asserted Patents. Dropcam does not plan to bring Dr. Sacerdoti to the claim construction hearing unless the Court requests his presence in advance. Dropcam further reserves the right to

-12-

*HANDAL & ASSOCIATES*
750 B STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

*JOINT CLAIM CONSTRUCTION AND PRE-HEARING STATEMENT*

Case No. 14-cv-04922-JST

introduce expert testimony from Dr. Sacerdoti to rebut e.Digital's claim construction positions, and any expert testimony introduced by e.Digital.

**HANDAL & ASSOCIATES**

Dated: May 5, 2015   By:   /s/ Gabriel G. Hedrick
Anton N. Handal
Pamela C. Chalk
Gabriel G. Hedrick
Attorneys for Plaintiff
e.Digital Corporation

Dated: May 5, 2015   WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:   */s/ Stefani E. Shanberg*
Stefani E. Shanberg
Attorneys for Defendant
DROPCAM, INC.

**ATTESTATION CLAUSE**

I, Gabriel G. Hedrick, am the ECF User whose identification and password are being used to file this Joint Claim Construction and Pre-Hearing Statement. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Stefani E. Shanberg of Wilson Sonsini Goodrich & Rosati has concurred in this filing.

Dated: May 5, 2015   /s/ Gabriel G. Hedrick
Gabriel G. Hedrick

HANDAL & ASSOCIATES
750 B STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

-13-

*JOINT CLAIM CONSTRUCTION AND PRE-HEARING STATEMENT*   Case No. 14-cv-04922-JST

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on this date to all current and/or opposing counsel of record, if any to date, who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 5th day of May, 2015 at San Diego, California.

/s/ Gabriel G. Hedrick

Gabriel G. Hedrick

HANDAL & ASSOCIATES
750 B STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

-14-

*JOINT CLAIM CONSTRUCTION AND PRE-HEARING STATEMENT*  Case No. 14-cv-04922-JST