ANTON HANDAL (Bar No. 113812)
PAMELA C. CHALK (Bar No. 216411)
GABRIEL HEDRICK (Bar No. 220649)
HANDAL & ASSOCIATES
750 B Street, Suite 2510
San Diego, California 92101
Telephone:	619.544.6400
Facsimile:	619.696.0323
E-Mail:	anh@handal-law.com
	pchalk@handal-law.com
	ghedrick@handal-law.com

Attorneys for Plaintiff
E.DIGITAL CORPORATION

STEFANI E. SHANBERG (State Bar No. 206717)
JENNIFER J. SCHMIDT (State Bar No. 295579)
MADELEINE E. GREENE (State Bar No. 263120)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105
Telephone:	(415) 947-2000
Facsimile:	(415) 947-2099
E-Mail:	sshanberg@wsgr.com
	jschmidt@wsgr.com
	mgreene@wsgr.com

Attorneys for Defendant
DROPCAM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.DIGITAL CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DROPCAM, INC.,<br><br>　　　　　　Defendant. | Case No. 3:14-cv-04922-JST<br><br>**JOINT STIPULATION TO EXTEND EXCHANGE OF AUDIO-VISUAL MATERIALS** |

WHEREAS, Plaintiff e.Digital Corporation ("e.Digital") and Defendant Dropcam, Inc. ("Dropcam") (collectively, the "Parties") hereby make a stipulated request to extend the date to exchange copies of any audio-visual materials to be used in the technology tutorial, as required by the Court's Order of July 13, 2105 (Dkt. No. 54), from July 14, 2015, to July 16, 2105, and to extend the date to exchange copies of any audio-visual materials to be used in the claim construction hearing from July 14, 2105, to July 30, 2015;

WHEREAS, the Parties make a stipulated request to extend the date by which any disputes regarding the format, scope, or content of any audio-visual materials to be used in the technology tutorial and the claim construction hearing shall be brought to the Court's attention from July 16, 2015, to within one business day from the date of exchange of such materials between the parties;

WHEREAS, the Parties have met and conferred regarding the format, scope, and content of their presentation materials and do not anticipate any disputes;

WHEREAS, the proposed extension will not alter the date of any event or any deadline already fixed by Court order.

IT IS HEREBY STIPULATED AND AGREED, pursuant to Civil Local Rule 6-1, by e.Digital and Dropcam, through their respective counsel, that the dates to exchange between the parties copies of any audio-visual materials to be used in the technology tutorial and copies of any audio-visual materials to be used in the claim construction hearing are extended from July 14, 2015, to July 16, 2105, and July 30, 2015, respectively, and that the dates to bring any disputes regarding the format, scope, or content of any audio-visual materials to be used in the technology tutorial and regarding the format, scope, or content of any audio-visual materials to be used in the claim construction hearing are extended from July 16, 2015, to July 17, 2015, and July 31, 2015, respectively.

IT IS SO STIPULATED, through Counsel of Record.

| | | |
|---|---|---|
| Dated: July 14, 2015 | | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |

By: _____/s/ *Madeleine E. Greene*_____
              Madeleine E. Greene

Attorneys for Defendant
DROPCAM, INC.

Dated: July 14, 2015        HANDAL & ASSOCIATES

By: _____/s/ *Pamela C. Chalk*_____
              Pamela C. Chalk

Attorneys for Plaintiff
E.DIGITAL CORPORATION

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____        _____
                                                                       The Honorable Jon S. Tigar
                                                                       United States District Judge

# ATTESTATION CLAUSE

I, Madeleine E. Greene, am the ECF User whose identification and password are being used to file this Stipulation. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Pamela Chalk of Handal & Associates has concurred in this filing.

Dated: July 14, 2015

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ *Madeleine E. Greene*
Madeleine E. Greene

Attorneys for Defendant
DROPCAM, INC.

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on July 14, 2015, I electronically filed the foregoing with the Clerk |
| 3 | of the court using the CM/ECF system which will send notification of such filing to counsel of |
| 4 | record. |
| 5 | |
| 6 | |
| 7 | By: _____/s/ *Madeleine E. Greene*_____<br>Madeleine E. Greene |

STIPULATION TO EXTEND EXCHANGE OF AUDIO-
VISUAL MATERIALS
CASE NO. 3:14-CV-04922-JST