# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| E.DIGITAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DROPCAM, INC.,<br><br>Defendant. | Case No.: 14-cv-04922-JST<br><br>[PROPOSED] ORDER FOR BRINGING EQUIPMENT INTO COURTHOUSE<br><br>**Judge: Hon. Jon S. Tigar** |

In connection with the upcoming tutorial hearing before the Court on July 20, 2015 and the claim construction hearing on August 3, 2015, the parties' counsel and/or their authorized agents are hereby authorized to bring the following equipment into this Court at its San Francisco location:

1. Projector
2. Projection screen
3. Cart or stand for equipment
4. Cables and other connecting hardware
5. Computer laptops/mouse/mousepad

SO ORDERED.

Dated: July 16, 2015

_____
Hon. Jon S. Tigar
United States District Judge

-1-

[PROPOSED] ORDER FOR
BRINGING EQUIPMENT INTO COURTHOUSE

HANDAL & ASSOCIATES
750 B STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323