ANTON HANDAL (Bar No. 113812)
PAMELA C. CHALK (Bar No. 216411)
GABRIEL HEDRICK (Bar No. 220649)
HANDAL & ASSOCIATES
750 B Street, Suite 2510
San Diego, California 92101
Telephone:    619.544.6400
Facsimile:    619.696.0323
E-Mail:       anh@handal-law.com
              pchalk@handal-law.com
              ghedrick@handal-law.com

Attorneys for Plaintiff
E.DIGITAL CORPORATION

STEFANI E. SHANBERG (State Bar No. 206717)
JENNIFER J. SCHMIDT (State Bar No. 295579)
MADELEINE E. GREENE (State Bar No. 263120)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California  94105
Telephone:    (415) 947-2000
Facsimile:    (415) 947-2099
E-Mail:       sshanberg@wsgr.com
              jschmidt@wsgr.com
              mgreene@wsgr.com

Attorneys for Defendant
DROPCAM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.DIGITAL CORPORATION,<br><br>                    Plaintiff,<br><br>     v.<br><br>DROPCAM, INC.,<br><br>                    Defendant. | Case No. 3:14-cv-04922-JST<br><br>**JOINT STIPULATION SHORTENING TIME TO EXCHANGE AUDIO-VISUAL MATERIALS** |

WHEREAS, Plaintiff e.Digital Corporation ("e.Digital") and Defendant Dropcam, Inc. ("Dropcam") (collectively, the "Parties") hereby make a stipulated request to alter the date to exchange copies of any audio-visual materials to be used in the claim construction hearing, as required by the Court's Order of July 14, 2105 (Dkt. No. 56), from July 30, 2015, to July 28, 2015;

WHEREAS, the Parties make a stipulated request to alter the date by which any objections regarding the format, scope, or content of any audio-visual materials to be used in the claim construction hearing must be submitted to the Court from July 31, 2015, to July 29, 2015;

WHEREAS, the Parties make a stipulated request to alter the date by which any responses to objections regarding the format, scope, or content of any audio-visual materials to be used in the claim construction hearing must be submitted to the Court from July 31, 2015, to July 30, 2015;

WHEREAS, the proposed shortening of time will not alter the date of any event or any deadline already fixed by Court order.

IT IS HEREBY STIPULATED AND AGREED, pursuant to Civil Local Rule 6-1, by e.Digital and Dropcam, through their respective counsel, that the date to exchange between the parties copies of any audio-visual materials to be used in the claim construction hearing is shortened from July 30, 2015, to July 28, 2105, and that the dates to bring any objections or responses thereto regarding the format, scope, or content of any audio-visual materials to be used in the claim construction hearing are shortened from July 31, 2015, to July 29, 2015, and July 30, 2015, respectively.

IT IS SO STIPULATED, through Counsel of Record.

Dated: July 22, 2015        WILSON SONSINI GOODRICH & ROSATI
                            Professional Corporation


                            By:      /s/ *Madeleine E. Greene*
                                      Madeleine E. Greene

                            Attorneys for Defendant
                            DROPCAM, INC.

Dated: July 22, 2015        HANDAL & ASSOCIATES


                            By:      /s/ *Pamela C. Chalk*
                                      Pamela C. Chalk

                            Attorneys for Plaintiff
                            E.DIGITAL CORPORATION


**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED: July 22, 2015

                            The Honorable Jon S. Tigar
                            United States District Judge

*IT IS SO ORDERED*
Judge Jon S. Tigar

## ATTESTATION CLAUSE

I, Madeleine E. Greene, am the ECF User whose identification and password are being used to file this Stipulation. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Pamela Chalk of Handal & Associates has concurred in this filing.

Dated: July 22, 2015

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ *Madeleine E. Greene*
Madeleine E. Greene

Attorneys for Defendant
DROPCAM, INC.