ANTON HANDAL (Bar No. 113812)
PAMELA C. CHALK (Bar No. 216411)
GABRIEL HEDRICK (Bar No. 220649)
HANDAL & ASSOCIATES
750 B Street, Suite 2510
San Diego, California 92101
Telephone:     619.544.6400
Facsimile:      619.696.0323
E-Mail:          anh@handal-law.com
                     pchalk@handal-law.com
                     ghedrick@handal-law.com

Attorneys for Plaintiff
E.DIGITAL CORPORATION

STEFANI E. SHANBERG (State Bar No. 206717)
JENNIFER J. SCHMIDT (State Bar No. 295579)
MADELEINE E. GREENE (State Bar No. 263120)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California  94105
Telephone:     (415) 947-2000
Facsimile:      (415) 947-2099
E-Mail:          sshanberg@wsgr.com
                     jschmidt@wsgr.com
                     mgreene@wsgr.com

Attorneys for Defendant
DROPCAM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.DIGITAL CORPORATION,<br><br>              Plaintiff,<br><br>      v.<br><br>DROPCAM, INC.,<br><br>              Defendant. | Case No. 3:14-cv-04922-JST<br><br>**JOINT STIPULATION EXTENDING TIME TO EXCHANGE AUDIO-VISUAL MATERIALS SO THAT THE PARTIES MAY HAVE ADDITIONAL TIME TO TRY TO RESOLVE THEIR ISSUES WITH RESPECT TO ONE OR MORE DISPUTED CLAIM TERMS** |

WHEREAS, Plaintiff e.Digital Corporation ("e.Digital") and Defendant Dropcam, Inc. ("Dropcam") (collectively, the "Parties") hereby make a stipulated request to alter the date to exchange copies of any audio-visual materials to be used in the claim construction hearing, as required by the Court's Order of July 22, 2015 (Dkt. No. 65), from to July 28, 2015 to July 29, 2015;

WHEREAS, the Parties have met and conferred to attempt to resolve their issues with respect to one or more disputed claim terms;

WHEREAS, the Parties have come to an agreement with respect to the claim term "accurate";

WHEREAS, the Parties are still meeting and conferring to determine whether they can reach a compromise with respect to one or more other currently disputed claim terms;

WHEREAS, the proposed modification of time will not alter the date of any event or any deadline already fixed by Court order.

IT IS HEREBY STIPULATED AND AGREED, pursuant to Civil Local Rule 6-1, by e.Digital and Dropcam, through their respective counsel, that the date to exchange between the parties copies of any audio-visual materials to be used in the claim construction hearing is modified from July 28, 2015 to July 29, 2015.

IT IS SO STIPULATED, through Counsel of Record.

Dated: July 28, 2015            WILSON SONSINI GOODRICH & ROSATI
                                Professional Corporation


                                By:      /s/ *Madeleine E. Greene*
                                       Madeleine E. Greene

                                Attorneys for Defendant
                                DROPCAM, INC.

Dated: July 28, 2015            HANDAL & ASSOCIATES


                                By:      /s/ *Pamela C. Chalk*
                                       Pamela C. Chalk
                                Attorneys for Plaintiff
                                E.DIGITAL CORPORATION

STIPULATION EXTENDING TIME TO EXCHANGE OF
AUDIO-VISUAL MATERIALS                - 1 -
CASE NO. 3:14-CV-04922-JST

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  July 28, 2015

*IT IS SO ORDERED*
*Judge Jon S. Tigar*

**ATTESTATION CLAUSE**

I, Pamela C. Chalk, am the ECF User whose identification and password are being used to file this Stipulation.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Madeleine E. Greene of WILSON SONSINI GOODRICH & ROSATI has concurred in this filing.

Dated:  July 28, 2015                              HANDAL & ASSOCIATES


                                                   By:         /s/ *Pamela C. Chalk*
                                                               Pamela C. Chalk