ANTON HANDAL (Bar No. 113812)
PAMELA C. CHALK (Bar No. 216411)
GABRIEL HEDRICK (Bar No. 220649)
HANDAL & ASSOCIATES
750 B Street, Suite 2510
San Diego, California 92101
Telephone:     619.544.6400
Facsimile:      619.696.0323
E-Mail:          anh@handal-law.com
                     pchalk@handal-law.com
                     ghedrick@handal-law.com

Attorneys for Plaintiff
E.DIGITAL CORPORATION

STEFANI E. SHANBERG (State Bar No. 206717)
JENNIFER J. SCHMIDT (State Bar No. 295579)
MADELEINE E. GREENE (State Bar No. 263120)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California  94105
Telephone:     (415) 947-2000
Facsimile:      (415) 947-2099
E-Mail:          sshanberg@wsgr.com
                     jschmidt@wsgr.com
                     mgreene@wsgr.com

Attorneys for Defendant
DROPCAM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.DIGITAL CORPORATION,<br><br>          Plaintiff,<br><br>     v.<br><br>DROPCAM, INC.,<br><br>          Defendant. | Case No. 3:14-cv-04922-JST<br><br>**JOINT STIPULATION REQUESTING LEAVE TO FILE AMENDED JOINT CLAIM CONSTRUCTION STATEMENT AND NOTICE TO THE COURT REGARDING RESOLVED CLAIM CONSTRUCTION DISPUTES** |

WHEREAS, Plaintiff e.Digital Corporation ("e.Digital") and Defendant Dropcam, Inc. ("Dropcam") (collectively, the "Parties") hereby make a stipulated request to amend the Joint Claim Construction and Pre-Hearing Statement (Patent L.R. 4-3) ("Joint Statement") (Dkt. No. 49) and hereby provide notice to the Court that certain claim construction disputes have been resolved;

WHEREAS, the Parties file this stipulation and notice in light of a mutual agreement having been reached between the Parties regarding the construction of certain claim terms;

WHEREAS, the Parties, having met and conferred, were able to reach a compromise with respect to the claim terms "social template," "unique social signature," "optical sensor," and "accurate," as set forth in the table below;

| Claim Term or Phrase | Agreed Construction |
|---|---|
| "social template" | "data structure associated with a social hierarchy and one or more social signatures" |
| "unique social signature" | "social signature associated with a specific social template at the time of processing" |
| "optical sensor" | plain and ordinary meaning |
| "accurate" | "capable of desired processing" |

WHEREAS, during the meet and confer process, the Parties discussed compromise constructions for the term "social signature" and, while the Parties were unable to fully resolve the dispute, the Parties narrowed the dispute as set forth in the table below;

| Claim Term or Phrase | Plaintiff's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|
| "social signature" | "raw or processed data and/or other information based on sensors" | "combination of sensor data indicative of a type of activity" |

WHEREAS, during the meet and confer process Dropcam proposed a compromise that the term "information" be construed as "a report about the identified social signature" and Dropcam anticipates it may be discussed at the hearing and, therefore, provides notice herein, however, e.Digital objects to the Court considering this new construction on the ground it is untimely under

the Court's Scheduling Order and Patent LR 4-2, 4-3 and 4-5, and reserves the right to raise arguments not raised in its briefs in rebuttal should the Court be inclined to consider the same;

WHEREAS, the Parties also agree that neither will call witnesses at the Claim Construction Hearing and that the Claim Construction Hearing can be completed in three (3), rather than four (4), hours;

WHEREAS, the Parties make a stipulated request to amend the Joint Statement to reflect mutual agreement having been reached regarding the construction of the claim terms "social template," "unique social signature," "optical sensor," and "accurate," and to reflect the narrowing of the dispute regarding the construction of the claim term "social signature," as reflected in the Proposed Amended Joint Claim Construction Statement and Pre-Hearing Statement (Patent L.R. 4-3), attached hereto as Exhibit A.

IT IS HEREBY STIPULATED AND AGREED, pursuant to Civil Local Rule 6-1, by e.Digital and Dropcam, through their respective counsel, that the Parties shall file an Amended Joint Claim Construction Statement and Pre-Hearing Statement (Patent L.R. 4-3), attached hereto as Exhibit A.

IT IS SO STIPULATED, through Counsel of Record.

Dated: July 30, 2015          WILSON SONSINI GOODRICH & ROSATI
                              Professional Corporation


                              By:      /s/ *Madeleine E. Greene*
                                       Madeleine E. Greene

                              Attorneys for Defendant
                              DROPCAM, INC.


Dated: July 30, 2015           HANDAL & ASSOCIATES


                              By:      /s/ *Pamela C. Chalk*
                                       Pamela C. Chalk

                              Attorneys for Plaintiff
                              E.DIGITAL CORPORATION

1  **ORDER**

2  PURSUANT TO STIPULATION, IT IS SO ORDERED.

4  DATED: July 31, 2015

IT IS SO ORDERED

Judge Jon S. Tigar

**ATTESTATION CLAUSE**

I, Madeleine E. Greene, am the ECF User whose identification and password are being used to file this Stipulation. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Pamela Chalk of Handal & Associates has concurred in this filing.

Dated: July 30, 2015

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ *Madeleine E. Greene*
 Madeleine E. Greene

Attorneys for Defendant
DROPCAM, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2015, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to counsel of record.

By: /s/ *Madeleine E. Greene*
Madeleine E. Greene