1   ANTON HANDAL (Bar No. 113812)
    PAMELA C. CHALK (Bar No. 216411)
2   GABRIEL HEDRICK (Bar No. 220649)
    HANDAL & ASSOCIATES
3   750 B Street, Suite 2510
    San Diego, California 92101
4   Telephone:    619.544.6400
    Facsimile:    619.696.0323
5   E-Mail:       anh@handal-law.com
                  pchalk@handal-law.com
6                 ghedrick@handal-law.com

7   Attorneys for Plaintiff
    E.DIGITAL CORPORATION
8
    STEFANI E. SHANBERG (State Bar No. 206717)
9   JENNIFER J. SCHMIDT (State Bar No. 295579)
    MADELEINE E. GREENE (State Bar No. 263120)
10  WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation
11  One Market Plaza
    Spear Tower, Suite 3300
12  San Francisco, California 94105
    Telephone:    (415) 947-2000
13  Facsimile:    (415) 947-2099
    E-Mail:       sshanberg@wsgr.com
14                jschmidt@wsgr.com
                  mgreene@wsgr.com
15
    Attorneys for Defendant
16  DROPCAM, INC.

17              UNITED STATES DISTRICT COURT

18             NORTHERN DISTRICT OF CALIFORNIA

19

20  E.DIGITAL CORPORATION,            )   CASE NO.: 3:14-cv-04922-JST
                                      )
21           Plaintiff,               )   **AMENDED JOINT CLAIM**
                                      )   **CONSTRUCTION AND**
22      v.                            )   **PRE-HEARING STATEMENT**
                                      )   **(PATENT L.R. 4-3)**
23  DROPCAM, INC.,                    )
                                      )   Judge: Honorable Jon S. Tigar
24           Defendant.               )   Ctrm: 9
                                      )   Hearing: August 3, 2015
25                                    )   Time: 2:00 p.m.
                                      )
26  _____  )

27

28

Pursuant to Local Patent Rule 4-3 and the Court's February 5, 2015, Scheduling Order ("Scheduling Order") (Doc. No. 43), and the Court's July 31, 2015, Order Granting Leave To File Amended Joint Claim Construction Statement (Doc. No. 70), Plaintiff e.Digital Corporation ("Plaintiff" or "e.Digital") and Defendant Dropcam, Inc. ("Defendant" or "Dropcam") provide the following Amended Joint Claim Construction and Pre-Hearing Statement in the above-entitled matter for U.S. Patent Nos. 8,306,514 ("the '514 patent"); 8,311,522 ("the '522 patent"); 8,311,523 ("the '523 patent"); 8,311,524 ("the '524 patent"); 8,315,618 ("the '618 patent"); and 8,315,619 ("the '619 patent") (collectively, the "Asserted Patents").

## I. Agreed Upon Claim Constructions

The parties have agreed upon the following constructions for each of the claim terms and phrases listed below.

| Claim Term or Phrase | Agreed Upon Construction |
|---|---|
| "being selectable to provide" | "capable of being selected to provide" |
| "environment of the communication device" | "surroundings of the communication device within the detectable area of the communication device" |
| "social template" | "data structure associated with a social hierarchy and one or more social signatures" |
| "unique social signature" | "social signature associated with a specific social template at the time of processing" |
| "optical sensor" | plain and ordinary meaning |
| "accurate" | "capable of desired processing" |

## II. Disputed Claim Constructions and Identification of Intrinsic and Extrinsic Evidence

The parties dispute the proper construction of certain claim terms. Below, Plaintiff and Defendant set forth each of the disputed claim terms, each party's proposed construction of each disputed term, together with an identification of all references from the specification or prosecution history that support that construction, and an identification of any extrinsic evidence known to the party on which it intends to rely either to support its proposed construction or to oppose any other party's proposed construction.

-1-

| | Claim Term or Phrase | Plaintiff's Proposed Construction and Supporting Evidence | Defendant's Proposed Construction and Supporting Evidence |
|---|---|---|---|
| 1. | "social signature" | "raw or processed data and/or other information based on sensors" | "combination of sensor data indicative of a type of activity" |
| | | **Intrinsic Evidence:** | **Intrinsic Evidence:** |
| | | **Specifications[1]** | **Specification[2]** |
| | | *Figures:* 1, 2, 3 | *Figures:* 1, 2, 3 |
| | | *'522 Specification:* Abstract; 1:29-58; 2:5-30; 2:66-3:7; 3:19-60; 4:14-29; 4:65-5:6; 5:19-6:3; 6:19-24; 7:4-65; 9:5-11:6; 11:16-14:34; 14:46-53; 15:29-57; 16:14-26; 17:51-18:18; 18:22-24; 18:44-19:33; 21:15-44; 22:41-67 | *'618 Specification:* 9:23-29, 14:31-41, 14:63-66, 15:38-45, 15:45-51, 15:52-55, 16:15-24, 17:30-36, 18:54-60, Tables 1 and 2. |
| | | **Claims** | **Claims** |
| | | *'522 patent:* 1, 2, 5, 8, 9, 13, 15, 17, 18, 22, 24 | *'514 patent:* 1, 5, 7, 8, 10, 14, 18, 21, 24, 25, 26, 30, 34, and 36. |
| | | *'514 patent:* 1, 5, 7, 8, 10, 14, 18, 21, 24, 25, 26, 30, 34, 36 | *'522 patent:* 1, 2, 5, 8, 9, 13, 15, 17, 18, 22, and 24. |
| | | *'523 patent:* 1, 2, 4, 10, 11, 17, 19, 20, 21, 26 | *'523 patent:* 1, 2, 4, 10, 11, 17, 19, 20, 21, and 26. |
| | | *'524 patent:* 1, 2, 3, 4, 5, 10, 15, 16, 17 | *'524 patent:* 1, 2, 3, 4, 5, 10, 15, 16, and 17. |
| | | *'618 patent:* 1, 2, 6, 7, 11, 13, 15, 16, 20, 22, 23, 24 | *'618 patent:* 1, 2, 6, 7, 11, 13, 15, 16, 20, 22, 23, and 24. |
| | | *'619 patent:* 1, 2, 4, 10, 11, | *'619 patent:* 1, 2, 4, 10, 11, 17, 19, 20, 21, 26, 29, 30, and |

---

[1] The specifications of each of the Asserted Patents contain word-for-word identical disclosures. For the sake of brevity and efficiency, Plaintiff cites specifically herein to the specification of the parent '522 patent. However, Plaintiff represents and hereby notifies the Court and Defendant that Plaintiff intends to rely on the exact same disclosures contained in the '514 patent, '523 patent, '524 patent, '618 patent and '619 patent, which specifications, again, contain exactly the same disclosures as the specification of the '522 patent.

[2] All supporting patent citations identified by Defendant Dropcam herein reference the specification of U.S. Patent No. 8,315,618. Dropcam reserves the right to rely upon corresponding disclosures contained in the specifications of each of the Asserted Patents. Dropcam similarly reserves the right to rely upon disclosures contained in the prosecution histories of each of the Asserted Patents corresponding to the citations identified herein.

AMENDED JOINT CLAIM CONSTRUCTION
AND PRE-HEARING STATEMENT
Case No. 14-cv-04922-JST

| | | | |
|---|---|---|---|
| | | 17, 19, 20, 21, 26, 29, 30, 31 | 31. |
| | | **Extrinsic Evidence:** | **Extrinsic Evidence:** |
| | | *The American Heritage Dictionary* (Fifth Ed. 2012) (hereinafter referred to as "*AHD*") at pp. 217 ("data"), 435 ("information") | Sworn testimony of Dr. Earl Sacerdoti. |
| | | *Barron's Dictionary of Computer and Internet Terms* (Eleventh Ed. 2013) (hereinafter referred to as "*BDCIT*") at p. 124 ("data") | |
| | | Sworn testimony of the inventor, Patrick Nunally | |
| 2. | "social hierarchy" | "an arrangement of persons, things, information and/or operations in a series of levels" | "ordered ranking of social groups defined within each social template" |
| | | **Intrinsic Evidence:** | **Intrinsic Evidence:** |
| | | **Specification:** | **Specification:** |
| | | *Figures:* 3 | *Figures:* 1, 2, 3 |
| | | *'522 Specification:* Abstract; 1:29-47; 1:59-2:4; 2:31-65; 3:24-42; 3:63-4:64; 5:34-59; 6:4-17; 6:36-7:3; 7:38-53; 8:10-34; 11:1-6; 14:4-45; 15:4-17:24; 17:44-50; 18:22-36; 20:13-21:44; 22:41-67 | *'618 Specification:* 4:17-23, 6:12-21, 14:44-50, 15:13-16, 15:18-31, 15:45-51, 16:28-51, 17:4-12, 17:30-36, 17:13-16, 17:45-51, 18:23-28, and Tables 1 and 2. |
| | | **Claims** | **Claims** |
| | | *'522 patent:* 1, 3, 4, 8, 11, 12, 17, 19, 23, 25, 26 | *'514 patent*: 1, 2, 3, 4, 5, 10, 14, 15, 16, 17, 20, 21, 26, 30, 34, and 36. |
| | | *'514 patent:* 1, 2, 3, 4, 5, 10, 14, 15, 16, 17, 20, 21, 26, 30, 34, 36 | *'522 patent:* 1, 3, 4, 8, 11, 12, 17, 19, 23, 25, and 26. |
| | | *'523 patent:* 1, 3, 5, 6, 7, 8, 9, 19, 22 | *'523 patent:* 1, 3, 5, 6, 7, 8, 9, 19, and 22. |
| | | *'524 patent:* 1, 5, 6 | *'524 patent:* 1, 5, and 6. |
| | | *'618 patent:* 1, 3, 6, 9, 10, 15, 17, 20, 22 | *'618 patent:* l, 3, 6, 9, 10, 15, 17, 20, and 22. |
| | | *'619 patent:* 1, 3, 5, 6, 7, 8, 9, | *'619 patent:* 1, 3, 5, 6, 7, 8, 9, 19, 22, and 31. |

AMENDED JOINT CLAIM CONSTRUCTION
AND PRE-HEARING STATEMENT
Case No. 14-cv-04922-JST

| # | Term | Construction | Construction |
|---|------|-------------|-------------|
| | | 19, 22, 31 **Extrinsic Evidence:** *AHD* at 398 ("hierarchy") Sworn testimony of the inventor, Patrick Nunally | **File History** U.S. Patent & Trademark Office Prosecution Proceeding No. 13/047,163 for U.S. Patent No. 8,315,618 - Applicant Arguments/Remarks Made in an Amendment at pp. 3-5, March 16, 2012. **Extrinsic Evidence:** *Chambers Concise Dictionary* at p. 562 [DROPCAM_ EDTL 00001055]. Sworn testimony of Dr. Earl Sacerdoti. |
| 3. | "sensor value range" | Plain and ordinary meaning or, alternatively, "information representing sensor data above, below or between a value(s)" **Intrinsic Evidence:** **Specification** *'522 Specification:* 15:43-57; 16:14-26; 22:41-67 **Claims** *'522 patent:* 1, 8, 17 *'514 patent:* 1, 5, 10, 14, 21, 26, 30, 34, 36 *'523 patent:* 1, 4, 19, 21 *'524 patent:* 1, 3 *'618 patent:* 1, 6, 15, 20, 22 *'619 patent:* 1, 4, 19, 21, 29 **Extrinsic Evidence:** *AHD* at p. 751 ("sensor") *MWD* at pp. 596 ("range"), 656 ("sensor"), 797-798 ("value") *BDCIT* at p. 406 ("range") | "range of measurements between two values" **Intrinsic Evidence:** **Specification** *Figures:* 1, 2, 3 *'618 Specification:* 4:24-28, 9:41-46, 11:62-65, 12:6-13, 16:15-24, 19:22-26, 15:38-45, and Tables 1 and 2. **Claims** *'514 patent:* 1, 5, 10, 14, 21, 26, 30, 34, and 36. *'522 patent:* 1, 8, and 17. *'523 patent:* 1, 4, 19, and 21. *'524 patent:* 1 and 3. *'618 patent:* 1, 6, 15, 20, and 22. *'619 patent:* 1, 4, 19, 21, and 29. **Extrinsic Evidence:** Sworn testimony of Dr. Earl Sacerdoti. |

| | | | |
|---|---|---|---|
| | | Sworn testimony of the inventor, Patrick Nunally | |
| **4.** | "information" | Plain and ordinary meaning<br><br>**Intrinsic Evidence:**<br>**Specification**<br>*Figures:* 3<br>*'522 Specification:* Abstract; 1:29-47; 1:59-2:4; 2:31-65; 3:24-42; 3:63-4:64; 5:34-59; 6:4-17; 6:36-7:3; 7:38-53; 8:10-34; 11:1-6; 14:4-45; 15:4-17:24; 17:44-50; 18:22-36; 20:13-21:44; 22:41-67<br>**Claims**<br>*'522 patent:* 1, 3, 4, 8, 11, 12, 17, 19, 23, 25, 26<br>*'514 patent:* 14, 18, 20, 21, 22, 23, 24, 25, 26, 30, 34, 36<br>*'523 patent:* 1, 3, 10, 19, 22, 23, 24, 25, 26<br>*'524 patent:* 1, 2, 3, 10<br>*'618 patent:* 1, 3, 6, 9, 15, 16, 20, 22<br>*'619 patent:* 1, 2, 3, 5, 10, 19, 22, 23, 24, 25, 26<br>**Extrinsic Evidence:**<br>*AHD* at p. 435 ("information")<br>*MWD* at p. 372 ("information")<br>Sworn testimony of the inventor, Patrick Nunally | "a report about a single event that results from comparison of sensor data with social templates"<br><br>**Intrinsic Evidence:**<br>**Specification**<br>*Figures:* 1, 2, 3<br>*'618 Specification:* at 1:15-20, 2:40-47, 3:52-55, 4:17-23, 6:12-21, 10:46-49, 11:13-17, 14:32-41, 14:44-50, 14:63-66, 16:24-27, 15:13-16, 15:18-31, 16:28-51, 17:4-12, 17:30-36, 17:13-16, 17:45-51, 18:23-28, 17:45-51, 18:54-60, 18:64-19:4, and Tables 1 and 2.<br>**Claims**<br>*'514 patent:* 1, 5, 6, 7, 8, 9, 10, 14, 18, 20, 21, 22, 23, 24, 25, 26, 30, 34, and 36.<br>*'522 patent:* 1, 2, 3, 4, 8, 9, 11, 12, 17, 18, 19, 23, 25, and 26.<br>*'523 patent:* 1, 2, 3, 5, 10, 19, 20, 22, 23, 24, 25, and 26.<br>*'524 patent:* 1, 2, 3, 4, 5, 6, 7, 8, 9, and 10.<br>*'618 patent:* 1, 2, 3, 6, 7, 9, 10, 15, 16, 17, 20, and 22.<br>*'619 patent:* 1, 2, 3, 5, 10, 19, 20, 22, 23, 24, 25, 26, 29, and 30.<br>**Extrinsic Evidence:**<br>Sworn testimony of Dr. Earl Sacerdoti. |
| **5.** | "provide/ provides/ providing | Plain and ordinary meaning | "send/sends/sending information in varying levels of granularity" |

| | | | |
|---|---|---|---|
| | differing levels of information" | **Intrinsic Evidence:** | **Intrinsic Evidence:** |
| | | **Specification** | **Specification** |
| | | *Figures:* 3 | *Figures:* 1, 2, 3 |
| | | *'522 Specification:* Abstract; 1:29-47; 1:59-2:4; 2:31-65; 3:24-42; 3:63-4:64; 5:34-59; 6:4-17; 6:36-7:3; 7:38-53; 8:10-34; 11:1-6; 14:4-45; 15:4-17:24; 17:44-50; 18:22-36; 20:13-21:44; 22:41-67 | *'618 Specification:* at 1:15-20, 2:40-47, 3:52-55, 4:17-23, 6:12-21, 10:46-49, 14:32-41, 14:44-50, 14:55-62, 17:45-51, 18:23-28, 15:13- 16, 15:18-31, 16:28-51, 17:4-12, 17:30-36, 17:13-16, and Tables 1 and 2. |
| | | **Claims** | **Claims** |
| | | *'522 patent:* 1, 3, 4, 8, 11, 12, 17, 19, 23, 25, 26 | *'514 patent*: 1, 5, 10, 14, 21, 26, 30, 34, and 36. |
| | | *'514 patent:* 1, 5, 10, 14, 20, 21, 26, 30, 34, 36 | *'522 patent:* 1, 3, 4, 8, 11, 12, 17, 19, 23, 25, and 26. |
| | | *'523 patent:* 1, 3, 5, 19, 22 | *'523 patent:* 1, 3, 5, 19, and 22. |
| | | *'524 patent:* 1, 6 | *'524 patent:* 1 and 6. |
| | | *'618 patent:* 1, 3, 6, 9, 10, 15, 17, 20, 22 | *'618 patent:* 1, 3, 6, 9, 10, 15, 17, 20, and 22. |
| | | *'619 patent:* 1, 3, 5, 6, 7, 8, 9, 19, 22 | *'619 patent:* 1, 3, 5, 6, 7, 8, 9, 19, and 22. |
| | | **Extrinsic Evidence:** | **Extrinsic Evidence:** |
| | | *AHD* at pp. 239 ("differ," "different"), 435 ("information"), 483 ("level"), 671 ("provide") | Sworn testimony of Dr. Earl Sacerdoti. |
| | | *MWD* at pp. 200 ("differ," "different"), 372 ("information"), 414 ("level") | |
| | | Sworn testimony of the inventor, Patrick Nunally | |
| 6. | "provided.../ provides/ providing an update" | Plain and ordinary meaning | "sent/sends/sending information indicating a user's status" |
| | | **Intrinsic Evidence:** | **Intrinsic Evidence:** |
| | | **Specification** | **Specification** |
| | | *'522 Specification:* Abstract; 1:29-47; 1:59-2:4; 2:31-65; 3:24-42; 3:63-4:64; 5:34-59; | *Figures:* 1, 2, 3 |
| | | | *'618 Specification:* at 1:15-20, 2:40-47, 3:52-55, 4:17-23, |

| | | 6:4-17; 6:36-7:3; 7:38-53; 8:10-34; 11:1-6; 14:4-45; 15:4-17:24; 17:44-50; 18:22-36; 20:13-21:44; 22:41-67 | 6:12-21, 10:46-49, 14:32-41, 14:44-50, 14:55-62, 17:45-51, 18:23-28, 15:13-16, 15:18-31, 16:28-51, 17:4-12, 17:30-36, 17:13-16, 20:42-50, 20:53-21:3, and Tables 1 and 2. |
|---|---|---|---|
| | | **Claims**<br><br>*'522 patent:* N/A<br><br>*'514 patent:* 1, 2, 3, 4, 14, 15, 16, 17, 30, 31, 32<br><br>*'523 patent:* 4, 6, 7, 8, 9, 23, 24, 25<br><br>*'524 patent:* 7, 8, 9<br><br>*'618 patent:* N/A<br><br>*'619 patent:* 6, 7, 8, 9, 23, 24, 25<br><br>**<u>Extrinsic Evidence:</u>**<br><br>*AHD* at pp. 671 ("provide"), 891 ("update")<br><br>*BDCIT* at pp. 316 ("microblogging"), 459 ("social networking site")<br><br>Sworn testimony of the inventor, Patrick Nunally | **Claims**<br><br>*'514 patent:* 3, 4, 16, 17, 30, and 32.<br><br>*'523 patent:* 8, 23, and 25.<br><br>*'524 patent:* 7 and 9.<br><br>*'619 patent:* 6, 7, 8, 9, 23, 24, and 25.<br><br>**File History**<br><br>U.S. Patent & Trademark Office Prosecution Proceeding No. 13/047,206 for U.S. Patent No. 8,306,514 – Applicant Arguments/Remarks Made in an Amendment at pp. 14-16, March 22, 2012.<br><br>**<u>Extrinsic Evidence:</u>**<br><br>*Dictionary of Computer and Internet Terms,* at pp. 309, 443 [DROPCAM_EDTL_000010 39-00001040].<br><br>Sworn testimony of Dr. Earl Sacerdoti. |

## III.   <u>Identification of Significant Claim Terms</u>

The parties hereby identify the following terms, in no particular order, whose construction will be most significant to the resolution of this case:

1.    "social signature"

2.    "social hierarchy"

3.    "sensor value range"

1    4.    "information"

2    5.    "provide/ provides/ providing differing levels of information"

3    6.    "provided…/ provides/ providing an update"

4    Plaintiff, e.Digital, does not believe construction of any of the above terms will be case or

5    claim dispositive at this time.

6    **IV.    Anticipated Length of Time Necessary for Claim Construction Hearing**

7    The parties anticipate they will need three (3) hours for the Claim Construction Hearing.

8    **V.    Witnesses**

9    Neither party intends to call witnesses at the Claim Construction Hearing.

10                                        **HANDAL & ASSOCIATES**

11   Dated: July 31, 2015                 By: /s/ Gabriel G. Hedrick
                                               Anton N. Handal
12                                             Pamela C. Chalk
                                               Gabriel G. Hedrick
13                                             Attorneys for Plaintiff
                                               e.Digital Corporation
14

15   Dated: July 31, 2015                 WILSON SONSINI GOODRICH & ROSATI
                                          Professional Corporation
16

17                                        By: /s/ Stefani E. Shanberg
18                                             Stefani E. Shanberg
                                               Attorneys for Defendant
19                                             DROPCAM, INC.

20

21

22

23

24

25

26

27

28

# ATTESTATION CLAUSE

I, Madeleine E. Greene, am the ECF User whose identification and password are being used to file this Joint Claim Construction and Pre-Hearing Statement. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Pamela Chalk of Handal & Associates has concurred in this filing.

Dated: July 31, 2015

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: _____ */s/ Madeleine E. Greene* _____
　　　　　　　Madeleine E. Greene

Attorneys for Defendant
DROPCAM, INC.

1

## CERTIFICATE OF SERVICE

2       I hereby certify that on July 31, 2015, I electronically filed the foregoing with the Clerk

3   of the court using the CM/ECF system which will send notification of such filing to counsel of

4   record.

5

6                                              By: _____*/s/ Madeleine E. Greene*_____
                                                        Madeleine E. Greene

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-10-

AMENDED JOINT CLAIM CONSTRUCTION
AND PRE-HEARING STATEMENT
Case No. 14-cv-04922-JST