UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.DIGITAL CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>DROPCAM, INC.,<br><br>    Defendant. | Case No. 14-cv-04922-JST<br><br>**SCHEDULING ORDER** |

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| **Event** | **Deadline** |
|---|---|
| Deadline to amend the pleadings[1] | 1/13/2016 |
| Designation of expert witnesses (party with burden of proof) | 4/15/2016 |
| Fact discovery cut-off | 4/30/2016 |
| Supplemental designation of expert witnesses (party without burden of proof) | 4/30/2016 |
| Mediation deadline | 5/6/2016 |
| Opening expert reports | 6/10/2016 |
| Rebuttal expert reports | 7/8/2016 |
| Expert discovery cut-off | 8/19/2016 |

---

[1] The Court has set this deadline to trigger the "good cause" standard under Fed. R. Civ. P. 16.

| Event | Deadline |
|---|---|
| Deadline to file dispositive motions | 9/9/2016 |
| Pretrial conference statement due | 12/6/2016 |
| Pretrial conference | 12/16/2016 at 2:00 p.m. |
| Trial | 1/9/2017 at 8:30 a.m. |
| Estimate of trial length (in days) | 8 |

Counsel may not modify these dates without leave of court.  The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

The parties must take all necessary steps to conduct discovery, compel discovery, hire counsel, retain experts, and manage their calendars so that they can complete discovery in a timely manner and appear at trial on the noticed and scheduled dates.  All counsel must arrange their calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

Trial dates set by this Court should be regarded as firm.  Requests for continuance are disfavored.  The Court will not consider any event subsequently scheduled by a party, party-controlled witness, expert or attorney that conflicts with the above trial date as good cause to grant a continuance.  The Court will not consider the pendency of settlement discussions as good cause to grant a continuance.

IT IS SO ORDERED.

Dated: January 6, 2016

_____
JON S. TIGAR
United States District Judge