1  ANTON HANDAL (Bar No. 113812)
   anh@handal-law.com
2  GABRIEL HEDRICK (Bar No. 220649)
   ghedrick@handal-law.com
3  HANDAL & ASSOCIATES
   750 B Street, Suite 2510
4  San Diego, California 92101
   Tel: 619.544.6400
5  Fax: 619.696.0323

6  Attorneys for Plaintiff,
   E.DIGITAL CORPORATION
7

8  STEFANI E. SHANBERG (State Bar No. 206717)
   sshanberg@wsgr.com
9  JENNIFER J. SCHMIDT (State Bar No. 295579)
   jschmidt@wsgr.com
10 MADELEINE E. GREENE (State Bar No. 263120)
   mgreene@wsgr.com
11 WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
12 One Market Plaza
   Spear Tower, Suite 3300
13 San Francisco, California 94105
   Telephone: (415) 947-2000
14 Facsimile: (415) 947-2099

15 Attorneys for Defendant,
   DROPCAM, INC.
16

17              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
18

19 e.Digital Corporation,                    Case No: 3:14-cv-04922-JST

20         Plaintiff,

21     v.                                    **STIPULATION OF DISMISSAL**

22 Dropcam, Inc.,

23         Defendant.

24

25

26

27

28

                                    1
*STIPULATION OF DISMISSAL*                              Case No. 3:14-cv-04922-JST

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, e.Digital Corporation, and Defendant, Dropcam, Inc., hereby stipulate to the dismissal of the action.  All claims of infringement that Plaintiff raised or could have raised in this action are dismissed WITH PREJUDICE.  All claims, defenses, or counterclaims that Defendant raised are dismissed WITHOUT PREJUDICE.  Each party will bear its own costs and attorneys' fees.

Dated:  June 27, 2016                **HANDAL & ASSOCIATES**

By: /s/ Gabriel G. Hedrick
Gabriel G. Hedrick

Attorneys for Plaintiff
E.DIGITAL CORPORATION

Dated:  June 27, 2016                **WILSON SONSINI GOODRICH & ROSATI**

By: /s/ Stefani E. Shanberg
Stefani E. Shanberg

Attorneys for Defendant
DROPCAM, INC.

**ATTESTATION OF E-FILED SIGNATURE**

I, Gabriel G. Hedrick, am the ECF user whose ID and password are being used to file this Stipulation.  I hereby attest, under penalty of perjury under the laws of the United States, that Stefani E. Shanberg has concurred in the content of the foregoing and has authorized this filing.

DATED: June 27, 2016             By: /s/ Gabriel G. Hedrick
Gabriel G. Hedrick

**IT IS SO ORDERED.**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: June 27, 2016

UNITED STATES D

*IT IS SO ORDERED*
*Judge Jon S. Tigar*

*STIPULATION OF DISMISSAL*                2                Case No. 3:14-cv-04922-JST